Tom R. Grimmett, Trustee
2275 Corporate Circle, Suite 120
Henderson, Nevada 89074
Phone: (702) 740-4152
Fax:  (702) 795-4479

RECEIVED & FILED

Aug 27   9 19 AM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | Case No. 03-18234 MKN |
| ) | In Proceedings Under Chapter 7 |
| FAULKNER JR., ROBERT FRANKLIN ) | |
| FAULKNER, SHANNON MICHAEL ) | |
| ) | NOTICE OF UNCLAIMED FUNDS |
| Debtor(s). ) | |

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 5 | EBMC<br>Raven Management Services<br>3663 E. Sunset Road, Ste. 102<br>Las Vegas, NV 89120 | | $225.81 |
| TOTAL | | | $225.81 |

DATE: 8/25/2009

_____
TOM R. GRIMMETT, TRUSTEE

NOTE:  Claims that are $25.00 or less go into CAS 10600.  Claims that are more than $25.00 go into CAS 613300.  The amounts that are to be deposited into the registry can be written on check only.

# 192295        $ 225.81